**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRUSTEE BETH ANN SCHARRER,**
as Chapter 7 Trustee for the Bankruptcy
Estate of Fundamental Long Term Care,
Inc., et al.,

    Plaintiffs,

v.                                                                  Case No.  8:12-cv-1855-T-30MAP

**FUNDAMENTAL ADMINISTRATIVE**
**SERVICES, LLC, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion of Defendant, Christine Zack, to Dismiss Complaint (Dkt. 23), the Motion to Dismiss on Behalf of Defendant Fundamental Administrative Services, LLC (Dkt. 24), the Motion to Dismiss by Defendant Kristi Anderson (Dkt. 27), Plaintiffs' Memorandum in Opposition To Defendants' Motions to Dismiss (Dkt. 34), Plaintiffs' Motion to Compel Jurisdictional Depositions of Defendants, Christine Zack and Kristi Anderson, and for Enlargement of Time to Supplement Jurisdictional Argument in Memorandum in Opposition to Defendants' Motions to Dismiss, and Supporting Memorandum of Law (Dkt. 33), Emergency Motion by Defendant Fundamental Administrative Services, LLC for Protective Order (Dkt. 38), Defendant Kristi Anderson's Opposition, In Part, to Plaintiffs' Motion to Compel Jurisdictional Depositions

of Defendants, Christine Zack and Kristi Anderson, and for Enlargement of Time to Supplement Jurisdictional Argument in Memorandum in Opposition to Defendants' Motions to Dismiss, and Motion for Protective Order (Dkt. 41), and Defendants Fundamental Administrative Services, LLC, Kristi Anderson and Christine Zack's Motion for Leave to File Reply in Support of Their Motions to Dismiss; Request for Hearing (Dkt. 42). The Court, having reviewed the motions, responses, and being otherwise advised of the premises, concludes that the motions to dismiss should be granted and the motion to compel, motions for protective orders, and motion for leave to file reply should be denied as moot. **A written order detailing the reasons for the Court's decision will follow shortly.**

It is therefore ORDERED AND ADJUDGED that:

1. The Motion of Defendant, Christine Zack, to Dismiss Complaint (Dkt. 23), the Motion to Dismiss on Behalf of Defendant Fundamental Administrative Services, LLC (Dkt. 24), and the Motion to Dismiss by Defendant Kristi Anderson (Dkt. 27) are GRANTED.

2. Plaintiffs' Motion to Compel Jurisdictional Depositions of Defendants, Christine Zack and Kristi Anderson, and for Enlargement of Time to Supplement Jurisdictional Argument in Memorandum in Opposition to Defendants' Motions to Dismiss (Dkt. 33), Emergency Motion by Defendant Fundamental Administrative Services, LLC for Protective Order (Dkt. 38), Defendant Kristi Anderson's Motion for Protective Order (Dkt. 41), and Defendants Fundamental Administrative Services, LLC, Kristi Anderson and Christine Zack's Motion for Leave to File Reply in Support of Their Motions to Dismiss; Request for Hearing (Dkt. 42) are DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1855.orderdismissingcase.frm